```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                  FAYETTEVILLE DIVISION
```

CRIMINAL NO. 07-50091-001            USA v. MICHAEL CORMIER

COURT PERSONNEL:                     APPEARANCES:

Judge: JIMM LARRY HENDREN            Govt. CLAY FOWLKES

Clerk: GAIL GARNER                   Deft. ROBERT RHOADS

Reporter: THERESA SAWYER

## SENTENCING MINUTE SHEET

    On this date the above named defendant appeared in person and with counsel for sentencing and is sworn.

- (X) Inquiry made that defendant is not under influence of alcohol or drugs and is able to comprehend proceedings.
- (X) Inquiry made whether defendant is under the care of a physician or taking any medication and is able to comprehend proceedings.
- (X) Inquiry made that defendant is satisfied with counsel.
- (X) Court determined that defendant and counsel have had opportunity to read and discuss presentence investigation report.
- (X) Presentence investigation report reviewed in open court.
- (X) Government moves for 5K1.1 downward departure - granted and 3-level departure awarded by the court.
- (X) Court expresses final approval of plea agreement.
- (X) Testimony presented on behalf of defendant:

    1. Doyle Cormier
    2. Teddy Manthe
    3. John Meyer

- (X) Counsel for defendant afforded opportunity to speak on behalf of defendant.
- (X) Defendant afforded opportunity to make statement and present information in mitigation of sentence.
- (X) Attorney for government afforded opportunity to make statement to court.
- (X) Court proceeded to impose sentence as follows:

    8 months imprisonment; 3 years supervised release; $3,000.00 fine and $1,172.00 restitution - interest waived.

Criminal No. 07-50091-001

- (X) Defendant ordered to comply with standard conditions of supervised release.
- (X) Defendant ordered to comply with following special conditions of supervised release:

    Submit to search of person, residence, vehicle and place of employment upon request of USPO.

    Comply with referral by USPO for inpatient/outpatient testing/treatment related to substance abuse.

    Do not incur new debt or establish any bank or credit accounts without permission of USPO.

- (X) Defendant ordered to pay total special assessment of $100.00, for count 1, which shall be due immediately.
- (X) Defendant advised of right to appeal sentence imposed.
- (X) Defendant advised of right to apply for leave to appeal in forma pauperis.
- (X) Appeal packet provided.
- (X) Defendant allowed to remain on bond and self-surrender no later than 2:00 p.m. on Thursday, 1/29/09.

DATE: JANUARY 8, 2009                    Proceeding began: 10:12 am

                                                    ended: 11:58 am